IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C.I., by and through his guardian ad litem,
JENNIFER INGERSOLL, et al.,

    Plaintiffs,

  v.

FOREST LABORATORIES, INC., et al.,

    Defendants.

No. C 13-0317 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY JENNIFER HEIS**

The *pro hac vice* application of Attorney Jennifer Snyder Heis (Dkt. No. 25) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: July 10, 2013.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE