IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.I., by and through his guardian ad litem, JENNIFER INGERSOLL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FOREST LABORATORIES, INC., et al.,<br><br>Defendants. | No. C 13-0317 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY JENNIFER HEIS** |

The *pro hac vice* application of Attorney Jennifer Snyder Heis (Dkt. No. 25) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: July 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE