Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. I., et al.,

                Plaintiff(s),

   v.

Forest Laboratories, Inc., et al.

                Defendant(s).

Case No: C-13-00317-WH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer Snyder Heis, an active member in good standing of the bar of The Supreme Court of Ohio, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Forest Laboratories, Inc./McKesson Corp. in the above-entitled action. My local co-counsel in this case is Thomas M. Freider, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 600 Vine St., Suite 2800<br>Cincinnati, OH 45202 | Two Embarcadero Center, Suite 1800<br>San Francisco, CA  94111-3941 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (513) 698-5058 | (415) 288-9800 |
| My email address of record: | Local co-counsel's email address of record: |
| jheis@ulmer.com | tmf@hassard.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0076181.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/10/13

                                                Jennifer Snyder Heis
                                                APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jennifer Snyder Heis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 11, 2013.

                                                  William Alsup
                                                United States District Judge

PRO HAC VICE APPLICATION & ORDER